PASTOR CLETO v. SPINNERIN YARN CO.

April 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES EDWARD ALLEN.

April 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. LEON NEAL, ET AL.

April 6, 1981.

Petition for certification denied.

FRANCES SOLOMON v. S.K. PRODUCTS, INC.

April 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. PERRY EDWARDS.

April 6, 1981.

Petition for certification denied.